AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2023 DEC 29  PM 3:50

Corwin Haskan
_Petitioner_

v.

Case No. EP23CV0470
_(Supplied by Clerk of Court)_

Warden, FCI La Tuna, FBOP
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Corwin Haskan
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution: Federal Prison Camp La Tuna
    (b) Address: 8500 Doniphan Drive, Anthony, TX. 88021

    (c) Your identification number: 90665-408
3.  Are you currently being held on orders by:
    ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: District of Arizona
           Judge Humetewa
       (b) Docket number of criminal case: CR-18-08026-001-PCT
       (c) Date of sentencing: October 29, 2018
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __District of Arizona__
   __Judge Humetewa__

   (b) Docket number, case number, or opinion number: __90665-408__

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   __Challenging Sentence Calculation because the Sentence Computation does not reflect 365 Days of Time Served in pre-trial incarceration in Navajo Nation Custody in case #DYCR 197-2017, as granted by Court.__

   (d) Date of the decision or action: __October 29, 2018__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes          ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: <u>I just learned of the Sentence Computation Error from the Case Manager at FPC La Tuna.</u>

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: <u>I just learned about the matter and am now on my initial Appeal.</u>

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:  <ins>Just starting my first Appeal in the matter.</ins>

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes         ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes         ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes         ☒ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: __The error is Administrative.__

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

_____
_____
_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    GROUND ONE: <u>Petitioner is being denied the 365 Days of 'Time Served' he accrued while being detained at the Navajo Nation Jail in relation to this Case (Navajo Nation Case #DYCR 197-2017), prior to his Sentencing in this Case.</u>

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See "Judgment in Criminal Case" (CR-18-08026-001-PCT-DJH), attached

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: Petitioner seeks Court Judgment affirming the credit of the 54 days of "Good Conduct Time" that was not applied to the Petitioners Sentence Computation consequent to the errancy in not accounting for the 365 Days of Time Served at the Navajo Nation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See "Judgment in Criminal Case" (CR-18-08026-001-PCT-DJH), attached.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

## Request for Relief

15. State exactly what you want the court to do: Petitioner humbly requests the Court to correct the errancy in the Sentence Computation by crediting Petitioners Sentence the 365 Days of Time Served plus the 54 Days of Good Conduct Time, for a total of 419 Days credited to Petitioners Sentence Calculation.

Corwin Shaw                    12-21-23

Page 9 of 10

◇90665-408◇
Corwin Haskan
#90665-408
Federal Prison Camp La Tuna
P.o box 8000
Anthony, NM 88021
United States

◇90665-408◇
Us Dist Court
Rm 105
525 Magoffin AVE
EL PASO, TX 79901
United States



SCREENED BY
DEC 29 '23