IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CORWIN HASKAN,** Reg. No. 90665-408, Petitioner, | § § § § | |
| v. | § § | Cause No. EP-23-CV-470-KC |
| **SANDRA HIJAR**, Warden, FCI La Tuna, Respondent. | § § § | |

## FINAL JUDGMENT

In accordance with the Order Granting Respondent's Motion for Summary Judgment and Dismissing Petitioner's Petition for a Writ of Habeas Corpus signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Corwin Haskan's *pro se* "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this 14th day of July, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE